UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on May 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Joy R. Denby-Peterson | Case No.:    17-15532-ABA<br><br>Chapter:    13<br><br>Hearing Date:    May 11, 2017<br><br>Judge:    Andrew B. Altenburg, Jr. |

**ORDER ADJOURNING MOTION FOR TURNOVER OF PROPERTY AND
REQUEST FOR SANCTIONS**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: May 12, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Joy R. Denby-Peterson*
*Case No.: 17-15532-ABA*
Order Adjourning Motion for Turnover of Property and Request for Sanctions
Page | 2

---

**THIS MATTER** having been scheduled for a hearing on May 12, 2017 on the Debtor's motion for turnover of property and request for sanctions for willful violation of the automatic stay (the "Motion"), and an emergency telephone conference having been held on May 11, 2017 at which both parties appeared telephonically, by and through counsel, and the Creditor having confirmed that it is currently in possession of the 2008 Chevrolet Corvette VIN number 1G1YY26W185130766 (the "Vehicle"), and at the request of the Debtor to adjourn the hearing for the purpose of obtaining further discovery, and after considering the objections of the Creditor, and for good cause, it is

**ORDERED** that the Motion is adjourned to a date to be determined in order to allow discovery to be completed.

**ORDERED** that the parties will confer and advise the court of a future date that is acceptable to hold a hearing on the Motion.

**ORDERED** that the Creditor may not dispose, use, sell, lease, or otherwise transfer possession or ownership of the Vehicle pending final resolution of the Motion.

The court reserves the right to revise its findings of fact and conclusions of law.