UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on October 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 17-15532-ABA |
|---|---|---|
| Joy Denby-Peterson | Chapter: | 13 |
| | Hearing Date: | August 16, 17, 2017 |
| | Judge: | Andrew B. Altenburg, Jr. |

**ORDER GRANTING MOTION FOR TURNOVER AND DENYING
SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: October 20, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Joy Denby-Peterson*
*Case No.: 17-15532 ABA*
Order Granting Motion for Turnover and Denying Motion
for Sanctions for Violation of the Automatic Stay
Page | 2

---

**THIS MATTER** having come before the court by Motion for Return of Repossessed Auto and for Sanctions for Violation of Automatic Stay against Pine Valley Motors; and for the reasons set forth on the record and in a Memorandum Decision entered herewith; and for good cause shown; it is

**ORDERED** that the Motion for Return of Repossessed Auto is granted. Within seven days of the entering of this order, the Creditors shall return the Vehicle to the Debtor. The Motion for Sanctions for Violation of Automatic Stay as to the Vehicle is denied.

**IT IS FURTHER ORDERED** that within seven days of the entering of this order, Pine Valley Motors and/or NU2U Auto World shall also return the personal property from the Debtor's vehicle. On or before November 7, 2017, the Debtor shall file a certification in support of sanctions and any memorandum of law in support. The Creditors shall have seven days from the filing of that certification to respond. The court will thereafter advise as to how it will proceed.

The court reserves the right to revise its findings of fact and conclusions of law.