UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Rebecca A. Solarz, Esq.
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
rsolarz@kmllawgroup.com
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for Ditech Financial LLC

Case No: 17-15532 ABA

In Re:

Joyce R. Denby-Peterson aka Joy R Denby, aka Joyce R Denby

Chapter: 13

Judge: Andrew B. Altenburg Jr.

Debtor

**NOTICE OF APPEARANCE**

     Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Ditech Financial LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

1256 Sunrise Ave, Vineland, NJ, 08360

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.
Date:01/12/2018

                                                      **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*