UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Thomas G. Egner, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
tegner@mcdowelllegal.com

Order Filed on February 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Joyce R. Denby-Peterson,

               Debtor.

Case No.:    17-15532

Judge:    Altenburg

Chapter:    13

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER AUTHORIZING
**RETENTION OF** Steven L. Rothman, Esq.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 28, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:         Joyce R. Denby- Peterson

Case No.:      17-15532

Applicant:     Debtor

(check all that apply)  ☐ Trustee:  ☐ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

☑ Debtor:   ☐ Chap. 11     ☑ Chap. 13

☐ Official Committee of _____

Name of Professional:      Steven L. Rothman, Esq.

Address of Professional:   Lipman, Antonelli, Batt, Gilson,

                           Rothman, and Capasso

                           110 N. Sixth Street

                           Vineland, NJ 08362-0729

☐ Attorney for (check all that apply):

   ☐ Trustee   ☐ Debtor-in-Possession

   ☐ Official Committee of _____

☐ Accountant for:

   ☐ Trustee   ☐ Debtor-in-Possession

   ☐ Official Committee of _____

☑ Other Professional:

   ☐ Realtor   ☐ Appraiser   ☑ Special Counsel   ☐ Auctioneer

   ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*