Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−15532−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joy R Denby−Peterson
   aka Joy R Denby, aka Joyce R Denby
   1256 Sunrise Ave.
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−3636

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/29/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 29, 2018
JAN: bc

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                                  Case No. 17-15532-ABA
Joy R Denby-Peterson                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 2                 Date Rcvd: Mar 29, 2018
                                Form ID: 148                Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
```
db             +Joy R Denby-Peterson,    1256 Sunrise Ave.,    Vineland, NJ 08360-1730
aty            +Steven L. Rothman,    Lipman, Antonelli, Batt, Dunlap,    110 North Sixth St.,    PO Box 280,
                 Vineland, NJ 08362-0280
cr             +NU2U Auto World,    105 White Horse Pike,    Clementon, NJ  08021,    UNITED STATES 08021-4154
516714477      +American Cleaning Specialist,    403 South Harding Hwy,    Landisville, NJ 08326-1441
516714480       City of Vineland,    Tax Dept.,    PO Box 1508,    Vineland, NJ 08362-1508
516743953      +Coyle S. Connolly, DO PA,    2099 New Albany Road,    Cinnaminson, NJ 08077-3534
516714484      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
516714485      +Experian,    PO Box 4500,    Allen, TX 75013-1311
516823640      +NU2U Auto World,    105 White Horse Pike,    Clementon, NJ 08021-4154
516825560      +NU2U Auto World,    David A. Snyder, Esq.,    11 W. Ormond Avenue, Suite 150-C,
                 Cherry Hill, NJ 08002-3054
516714487      +Nu 2 U Auto,    105 White Horse Pike,    Clementon, NJ 08021-4154
516743954      +Office of US Benefits,    Claimant Services,    PO Box 67503,    Harrisburg, PA 17106-7503
516714488      +Pepco Holdings,    500 N Wakefield Drive, 92DC42,    Newark, DE 19702-5440
516765158      +Slomins Shield,    125 Lauman Lane,    Hicksville, NY 11801-6539
516714489      +South Jersey Gas,    1 South Jersey Plaza,    Hammonton, NJ 08037-9100
516714490      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
516714492      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2018 02:40:52      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2018 02:40:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516714478      +E-mail/Text: broman@amhfcu.org Mar 30 2018 02:40:59      American Heritage Fcu,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
516714479       E-mail/Text: bankruptcy@pepcoholdings.com Mar 30 2018 02:40:31
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516714481      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Mar 30 2018 02:41:31      Comcast,
                 PO Box 69,    Newark, NJ 07101-0069
516714482      +EDI: NAVIENTFKASMDOE.COM Mar 30 2018 06:24:00      Dept Of Ed/Navient,    Attn: Claims Dept,
                 P.O. Box 9635,    Wilkes Barr, PA 18773-9635
516714483      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 30 2018 02:40:37      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
516892651       E-mail/Text: bankruptcy.bnc@ditech.com Mar 30 2018 02:40:37
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516714486      +EDI: IRS.COM Mar 30 2018 06:24:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
516897924       EDI: NAVIENTFKASMSERV.COM Mar 30 2018 06:23:00      Navient Solutions, LLC. on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
516853543       EDI: Q3G.COM Mar 30 2018 06:24:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
516714491      +EDI: RMSC.COM Mar 30 2018 06:24:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516714493      +EDI: WFFC.COM Mar 30 2018 06:23:00      Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,
                 Des Moines, IA 50306-0438
516904582       EDI: WFFC.COM Mar 30 2018 06:23:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 14
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516743955     ##+Stellar Recovery Inc. *,    Attn: Bankruptcy,    4500 Salisbury Road, Ste 105,
                 Jacksonville, FL 32216-8035
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 29, 2018
                              Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:

```
              Daniel L Reinganum    on behalf of Debtor Joy R Denby-Peterson dreinganum@MPADLaw.com,
               kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.c
               om;mfunk@mcdowelllegal.com
              David A. Snyder    on behalf of Creditor    NU2U Auto World dasnyderlaw@aol.com,
               G26258@notify.cincompass.com
              Ellen M. McDowell    on behalf of Debtor Joy R Denby-Peterson emcdowell@mpadlaw.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;r62202@notify.bestcase.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Thomas G. Egner    on behalf of Debtor Joy R Denby-Peterson tegner@mpadlaw.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```