# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOY DENBY-PETERSON, : | CIVIL ACTION |
| APPELLANT, : | |
| v. : | |
| NU2U AUTO WORLD and PINE VALLEY : MOTORS, | Civil No. 17-9985 (NLH) |
| : | |
| APPELLEES. : | |
| : | Judge: Noel L. Hillman |

## NOTICE OF APPEAL TO THE THIRD CIRCUIT COURT OF APPEALS

Notice is hereby given that Joy Denby-Peterson, appellant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the November 1, 2018 Order (Docket No. 15) affirming the Bankruptcy Court's Order dated October 20, 2017 (Bankruptcy Case No. 17-15532-ABA, Docket No. 64) denying the Debtor's motion for sanctions for violation of the automatic stay as to the Debtor's vehicle.

The parties to the Order appealed from and their attorney is:

For Nu2u Auto World and Pine Valley Motors

David A. Snyder, Esquire
11 W. Ormond Ave., Suite 150C
Cherry Hill, NJ 08002

Respectfully Submitted,

**McDOWELL LAW, PC**

Dated: November 21, 2018

By: /s/ Ellen M. McDowell
Ellen M. McDowell, Esq.
46 West Main Street
Maple Shade, NJ 08052
(856) 482-5544 / (856) 482-5511 fax
emcdowell@mcdowelllegal.com

*Attorneys for Joy Denby-Peterson*