UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-3562

_____

In re: JOY DENBY-PETERSON,
                                        Appellant

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1-17-cv-09985)
District Judge: Hon. Noel L. Hillman

_____

Argued May 23, 2019

_____

Before:  McKEE, SHWARTZ, and FUENTES, *Circuit Judges*.

_____

JUDGMENT

_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was argued on May 23, 2019.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Judgment of the District Court entered on November 2, 2018, is hereby AFFIRMED.

All of the above in accordance with the Opinion of this Court. Costs shall be taxed against Appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Date: October 28, 2019